# MEMORANDUM DECISIONS.

ALLEN, Respondent, v. MATTHAS et al., Appellants. (Supreme Court, General Term, Fifth Department. March Term, 1895.) Action by Lewis H. Allen against John C. Matthas and others. No opinion. Judgment affirmed.

ALLEN, Respondent, v. MILLER, et al., Appellants. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Lena M. Allen against Nelson Miller and others. No opinion. Judgment affirmed, with costs.

AMERICAN DISTRIBUTING CO., Appellant, v. ASHLEY, Respondent. (Supreme Court, General Term, First Department. October 18, 1895.) Action by the American Distributing Company against Edward W. Ashley. H. Thompson, for appellant. H. R. Squier, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 33 N. Y. Supp. 1049.

In re ANDERSON et al. (Supreme Court, General Term, First Department. October 18, 1895.) In the matter of Horace Anderson and others. No opinion. Motion to confirm report denied.

ANDERSON v. DICKENSON. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Henry S. Anderson against Edward P. Dickenson. No opinion. Order amended, and, as amended, herewith handed to and entered by the clerk of this court. See 34 N. Y. Supp. 510.

ANTHONY, Appellant, v. BIDDLECOME, Respondent. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by G. Benton Anthony against Bayard T. Biddlecome. No opinion. Order affirmed.

ARKENBERGH, Respondent, v. ARKENBERGH, Appellant. (Supreme Court, General Term, First Department. November 15, 1895.) Action by Oliver M. Arkenbergh against Robert H. Arkenbergh. C. E. Souther, for appellant. R. F. Little, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ARKENBURGH, Respondent, v. ARKENBURGH, Appellant. (Supreme Court, General Term, First Department. October 18, 1895.) Action by Oliver M. Arkenburgh against Robert H. Arkenburgh. C. E. Souther, for appellant. R. F. Little, for respondent. No opinion. Motion to dismiss appeal denied.

ARNOLD et al. v. FEE et al. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Action by Allen J. Arnold and others against James Fee and others. No opinion. Motion for the requisite certificate to enable the plaintiffs to appeal from interlocutory judgment to the court of appeals granted. See 34 N. Y. Supp. 1028.

In re AUBURN CITY RY. CO. (Supreme Court, General Term, Fifth Department. October 16, 1895.) Application of the Auburn City Railway Company for the appointment of commissioners, etc. No opinion. Motion granted, and commissioners appointed. See 34 N. Y. Supp. 992.

In re AUBURN CITY RY. CO. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Application of the Auburn City Railway Company for the appointment of commissioners to determine whether the street railway ought to be constructed in West Genesee street in the city of Auburn. No opinion. Report of the commissioners confirmed.

AYERS, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Grace G. Ayers against the Rochester Railway Company. No opinion. Judgment and order affirmed. BRADLEY, J., not voting.

In re BAISELEY. (Supreme Court, General Term, Second Department. March 5, 1895.) Petition of Michael Baiseley to have the election for the incorporation of a certain territory in the town of Jamaica as a village declared illegal. No opinion. Order affirmed, on the opinion of the county judge. All concur, except CULLEN, J., not sitting.

BANK OF AMERICA, Respondent, v. EAST RIVER SILK CO., Appellant. (Supreme Court, General Term, First Department. November 15, 1895.) Action by the Bank of America against the East River Silk Company. No opinion. Order affirmed, with $10 costs and disbursements.

BANK OF BRITISH NORTH AMERICA v. BOYLE, Appellant. (Supreme Court, General Term, First Department. October 18, 1895.) Action by the Bank of British North America against William L. Boyle. F. S. Smith, for appellant. H. L. Cole, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted upon payment of costs and disbursements of action subsequent to answer.